# EXHIBIT A

**From:** Matt Everett [mailto:meverett@cprestoration.net]
**Sent:** Thursday, December 04, 2014 7:35 AM
**To:** Jim Hirsch; Jim Hirsch
**Subject:** PR Ad Campaign

Hello My Friend,

Would you please see to it that Tim Robinson gets this asap which will run starting today in the markets we serve. Next week it will start to run Statewide.

I'm certain the many Insurance Carriers that call Wisconsin home and the State Legislators who drafted the very laws PDRI is violating will find it interesting. Particularly since much of the millions in WI State work the last few years has gone PD's way…

Regards,

Matt