UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

PAUL DAVIS RESTORATION, INC.,

        Plaintiff,

v.                                                Case No. 14-C-1534

MATTHEW EVERETT, et al.,

        Defendants.

---

## ORDER GRANTING INTERVENTION

---

West Bend Mutual Insurance Company filed a motion to intervene, bifurcate and stay this action pending a decision on coverage. Although bifurcation and stay are opposed, no party opposes intervention as of right. Accordingly, the motion to intervene is **GRANTED** and the proposed intervenor complaint (ECF No. 18-1) will be detached and filed as West Bend's intervenor complaint.

**SO ORDERED** this 3rd day of February, 2015.

                                                      /s William C. Griesbach
                                                      William C. Griesbach, Chief Judge
                                                      United States District Court