UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PAUL DAVIS RESTORATION, INC.,

      Plaintiff,

v.                                                  Case No. 14-C-1534

MATTHEW EVERETT, et al.,

      Defendants.

## ORDER GRANTING STAY

At a telephonic scheduling conference, I indicated my inclination to grant intervening Defendant West Bend Mutual Insurance Company's motion seeking a stay of these proceedings pending a coverage determination and the pending appeal. The Defendants do not oppose a stay. Plaintiff has filed a "conditional" assent to a stay. The stay will be granted.

The Plaintiff asks that it be allowed to conduct certain discovery on what it views as ancillary matters involving potential discovery misconduct. Although it is conceivable that these issues are indeed ancillary, it is not expected that the stay imposed will last a substantial period of time—the motion on the coverage issue was fully briefed in March, and the appeal on the preliminary injunction was filed in January. Staying *all* matters pending the outcome of those two proceedings has simplicity to recommend it, and it is difficult to envision any prejudice arising out of a delay of a few months.

Accordingly, West Bend's motion to stay [18] is **GRANTED**.  Discovery in this action is stayed pending the outcome of this court's decision on its motion for summary judgment, as well as the decision of the Seventh Circuit on the appeal of the preliminary injunction.

**SO ORDERED** this 20th day of April, 2015.

    /s William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court